IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>      v.<br><br>STATE OF WISCONSIN; WISCONSIN ELECTIONS COMMISSION; and MEAGAN WOLFE, in her official capacity as the Administrator of the Wisconsin Elections Commission,<br><br>       Defendants. | Civil Action No. 18-cv-471 |

### NOTICE OF EXPIRATION OF CONSENT JUDGMENT AND DECREE

The United States files this motion to inform the Court of the status of the Consent Judgment and Decree (ECF No. 7) (hereinafter, "Consent Decree") in the above-captioned case.

On June 19, 2018, the United States simultaneously filed a Complaint and a proposed Consent Decree to enforce the requirements of the Uniformed and Overseas Citizens Absentee Voting Act ("UOCAVA"), 52 USC §§ 20301 *et seq*.  The Complaint alleged that Defendants, through Wisconsin laws and election administration procedures, did not permit Wisconsin voters who temporarily reside overseas to receive absentee ballots electronically or to use the Federal Write-In Absentee Ballot, as they are entitled to under UOCAVA.  On June 20, 2018, the Court entered the Consent Decree as an order.

The United States has monitored the Defendants' compliance with the terms of the Consent Decree.  Wisconsin Act 369, enacted in December 2018, codifies into state law the terms of the Consent Decree to enable Wisconsin voters who are temporarily overseas to receive

a ballot electronically and to use the Federal Write-In Absentee Ballot.  *See* 2017-2018 Wisc. Legis. Serv. Act 369 (West).

The Consent Decree is set to expire on January 31, 2020.  *See* ECF No. 7 at p. 8.  The parties have conferred and agree that further court oversight of the Consent Decree is not needed, and the United States will not be seeking to extend the Consent Decree in this case.

| | |
|---|---|
| January 29, 2020 | Respectfully submitted, |
| SCOTT C. BLADER<br>United States Attorney<br>Western District of Wisconsin | ERIC S. DREIBAND<br>Assistant Attorney General<br>Civil Rights Division |
| | ELLIOTT M. DAVIS<br>Acting Principal Deputy Assistant Attorney General<br>Civil Rights Division |
| | *s/ Jasmyn G. Richardson* |
| DAVID CONWAY<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Wisconsin<br>222 West Washington Avenue<br>Suite 700<br>Madison, WI 53703<br>Telephone: (608) 264-5158<br>David.Conway@usdoj.gov | T. CHRISTIAN HERREN, JR.<br>JOHN A. RUSS IV<br>KAYCEE M. SULLIVAN<br>JASMYN G. RICHARDSON<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>4 Constitution Square<br>150 M Street NE / Room 8.923<br>Washington, DC 20530<br>Telephone: (202) 616-5777<br>Jasmyn.Richardson@usdoj.gov |

- 3 -

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 29, 2020, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                        *s/ Jasmyn G. Richardson*
                        JASMYN G. RICHARDSON
                        Attorney, Voting Section
                        Civil Rights Division
                        Department of Justice
                        4 Constitution Square, Room 8.923
                        150 M Street NE
                        Washington, D.C. 20530